490        APPELLATE COURTS OF ILLINOIS.

Prevenas v. Kalodimos Bros. Ice Cream & Candy Co., 205 Ill. App. 490.

## Peter Prevenas, Appellee, v. Kalodimos Brothers Ice Cream & Candy Company, Appellant.

### Gen. No. 22,030.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed May 9, 1917. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Bill by Peter Prevenas, complainant, against Kalo-dimos Brothers Ice Cream & Candy Company and Peter Kaperonis, defendants, to enjoin the sale, assigning or incumbering of a fruit and candy store sold by defendant Kalodimos Brothers Ice Cream & Candy Company to complainant and taken possession of under a chattel mortgage. From an order overruling a motion to vacate a final decree for complainant, defendant Kalodimos Brothers Ice Cream & Candy Company appeals.

THOMPSON, TYRRELL & CHAMBERS, for appellant.

LOUIS BRANDES, for appellee.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

1. JUDGMENT, § 277*—*when motion to set aside decree is properly denied.* A motion to set aside a decree, *held* properly denied as within the discretion of the court where it was based on the affidavit of an officer of defendant corporation that the attorney who had charge of the case died and the files were lost or destroyed and certain legal matters were turned over to its present counsel; that he supposed the interests of defendant were being

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

looked after 'and he did not learn of the decree until about one month thereafter, and defendant's counsel made affidavit that defendant turned over to him several cases; that employees of the former attorney turned over to him all files except those in the case in question; that he did not fully 'understand the case was on the calendar, and it appeared that a copy of notice to reinstate was served on the defendant; that the transactions involved the purchase of a store and that payments had been made under the contract and possession taken.

2. ACCOUNT, § 40*—*when accounting properly heard by chancellor.* Where an accounting consists of but two items, it may be heard before the chancellor without a reference to a master.

